# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00492-CV

**Renee Hopwood, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 245,862-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Renee Hopwood filed this accelerated appeal from the district court's "Decree of Termination and Order Appointing Managing Conservator" (order) terminating her parental rights to her minor children, K.L.R., M.A.D., M.R.E., and M.R.M.E.; granting her supervised visitation with her minor child D.D.H.-B.; and appointing D.D.H.-B.'s biological father as sole managing conservator.

Hopwood's court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967) by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). Counsel certified to this Court that he

provided Hopwood with a copy of the *Anders* brief and notice of her right to examine the appellate record and file a pro se brief. Hopwood did not file a pro se brief.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. Finding nothing in the record that might arguably support an appeal, we grant counsel's motion to withdraw and affirm the district court's order.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Affirmed

Filed:   January 27, 2012

2